

J. B. Tietz, Los Angeles, Cal., for appellant.

Robert L. Meyer, U. S. Atty., Kent Steele, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before KOELSCH, ELY and TRASK, Circuit Judges.

PER CURIAM:

Ronald Dale Taggart appeals from the judgment convicting him of refusing to submit to induction in the armed forces of the United States (50 U.S.C. App. 462).

Appellant's Selective Service file reveals that this is another case of a Selective Service registrant tardily claiming to be a conscientious objector. In fact, the file affirmatively shows that appellant's beliefs pre-existed by several years the Local Board's order to report for induction.

Appellant recognizes that the pertinent Regulation, 32 C.F.R. 1625.2, which this court has applied in numerous cases [e. g. United States v. Uhl, 436 F.2d 773 (9th Cir. 1970)] provided the warrant for the Board's refusal to reopen his 1-A classification. His principal contention is that the Regulation violates Congressional policy declared in 50 U.S.C. App. 456(j) and hence that it is void. However, this court has only recently considered such a contention and sustained the Regulation.[1] United States v. Lowell, 437 F.2d 906 (9th Cir. Jan. 20, 1971). We affirm that decision.

Judgment affirmed.

**Nehemiah MUNGIN et al., Plaintiffs-Appellees,**

**Walter J. Howard et al., Plaintiffs-Appellants,**

v.

**FLORIDA EAST COAST RAILWAY COMPANY, Inc., Defendant-Appellee.**

**No. 29878.**

United States Court of Appeals, Fifth Circuit.

April 19, 1971.

1. It follows that appellant's point that the Local Board's refusal to reopen constituted a denial of due process lacks merit. United States v. Uhl (*supra*).

Frank E. Hamilton, Jr., Thomas A. Capelle, Tampa, Fla., Chris Dixie, Houston, Tex., for plaintiffs-appellants.

Erle Phillips, Fisher & Phillips, William W. Alexander, Jr., Atlanta, Ga. Milledge & Horn, Richard L. Horn, Allan Milledge, Miami, Fla., for plaintiffs-appellees.

Before WISDOM, BELL and AINSWORTH, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Marcel Mallet-Prevost, Asst. Gen. Counsel, NLRB, Washington, D. C., Charles M. Paschal, Jr., Reg. Director, NLRB, New Orleans, La., for petitioner.

Carl S. Downing, New Orleans, La., for respondent.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]

---

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**SAIA MOTOR FREIGHT LINE, INC., Respondent.**

No. 31114

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 7, 1971.

**Louis J. MERLO, Petitioner-Appellant,**

v.

**Dr. George J. BETO, Respondent-Appellee.**

No. 31032

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 30, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* [1] Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.